IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. and H. LUNDBECK A/S, <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN, INC. and ALMAJECT, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 25-188-JLH ) ) ) ) ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the August 14, 2025 deadline for the parties to file a proposed scheduling order (D.I. 19) is extended through and including August 19, 2025.

| ASHBY & GEDDES | SHAW KELLER LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Karen E. Keller* |
| Steven J. Balick (#2114) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, Delaware 19899 <br> (302) 654-1888 <br> sbalick@ashbygeddes.com <br> amayo@ashbygeddes.com | Karen E. Keller (#4489) <br> Nathan R. Hoeschen (#6232) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

SO ORDERED, this __15th__ day of August, 2025.

_____
United States District Judge

{02153905;v1 }